UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA S JOURDAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-99-4081 |
| | § | |
| SCHENKER INTERNATIONAL INC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this day, 31st day of October, 2006, in the action pending between Plaintiff, HILDA S JOURDAN, and Defendant, SCHENKER INTERNATIONAL INC, the court issued its Opinion granting the Defendant's Motion for Judgment as a Matter of Law and the court hereby

**ORDERS** that Plaintiff, HILDA S JOURDAN, take nothing, and that Defendant, SCHENKER INTERNATIONAL INC, is awarded its costs.

SIGNED at Houston, Texas, this 31st day of October 2006.

_____
Melinda Harmon
United States District Judge